NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1142, -1143, -1144

INTELLECTUAL SCIENCE AND TECHNOLOGY, INC.

Plaintiff-Appellant,

v.

SONY ELECTRONICS, INC.,

Defendant-Appellee,

and

US JVC CORPORATION, JVC AMERICAS CORPORATION,
and PANASONIC CORPORATION OF NORTH AMERICA,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Michigan
in case nos. 06-CV-10406, 06-CV-10409, and 06-CV-10412,
Senior Judge Avern C. Cohn.

ON MOTION

O R D E R

Intellectual Science and Technology, Inc. moves without opposition for a 30-day

extension of time, until April 8, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    The revised official caption is reflected above.

FOR THE COURT

FEB 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Andrew Kochanowski, Esq.
       Anthony Francis Lo Cicero, Esq.
       Richard S. Gresalfi, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 9 2009

JAN HORBALY
CLERK